UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

JAMES THOMAS ARMES, JR.                              No. 21-31815

                                                    Chapter 7

Debtor

### ORDER GRANTING MOTION TO EXTEND TIME IN WHICH TO FILE REAFFIRMATION AGREEMENT WITH SELECT PORTFOLIO SERVICING AND FILE MOTIONS TO AVOID JUDGMENT LIENS

Now before the Court is the Debtor's Motion to Extend Time in Which to File the Reaffirmation Agreement with Select Portfolio Servicing and file Motions to Avoid Judgment Liens for an additional thirty (30) days. From a review of the file and for good cause shown, it is hereby

ORDERED that this Motion is granted, and the Debtor shall have an additional thirty (30) days to file the Reaffirmation Agreement with Select Portfolio Servicing and file Motions to Avoid Judgment Liens.

Charles R. Merrill
United States Bankruptcy Judge
Dated: February 10, 2022

*Prepared by*:
Samuel J. Wright
4975 Alben Barkley Drive, Suite 1
Paducah, KY  42001
(270) 201-7771
Fax: (270) 443-4631